UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: | ) | Case No.: 20-60290 |
| | ) | |
| Oliver J Campbell, Jr. | ) | Chapter 7 – Canton |
| Deshawna R. Campbell | ) | |
| | ) | JUDGE Kendig |
| | ) | |
| | ) | MOTION TO REINSTATE |
| | ) | DISCHARGE |
| | ) | |

Come now Debtors, Oliver J Campbell, Jr., and Deshawna R. Campbell, and respectfully move this Court to Reinstate their Discharge, which was revoked in Adversary Case Proceeding No. 20-6026.

For cause, Debtors state that they have satisfied the judgment entered on October 15, 2020 in Adv. Proc. No. 20-6026, and that therefore, all requirements necessary to obtain their discharge have been satisfied. A copy of the Satisfaction of Judgment is attached hereto as Exhibit "A"

**WHEREFORE**, Debtors respectfully request that their discharge be reinstated.

Respectfully submitted:

/s/ Pauline Aydin Shuler
Pauline Aydin Shuler # 0066016
Counsel for Debtors
2789 E. State St. Ste 10-315
Salem, OH 44460
Tel: 330-499-1965
paydinlegal@hotmail.com

# CERTIFICATE OF SERVICE

I certify that on May 12, 2022, a true and correct copy of this Motion to Reinstate Discharge was served:

Via the Court's Electronic Case Filing System on these entities and individuals who are listed on the Court's Electronic Mail Notice List:

Pauline R. Aydin Shuler on behalf of Debtor Deshawna R. Campbell
paydinlegal@hotmail.com

Pauline R. Aydin Shuler on behalf of Debtor Oliver J. Campbell, Jr.
paydinlegal@hotmail.com

Dennis M. Ostrowski on behalf of Creditor TD Auto Finance LLC
reimer.ecf@reimerlaw.com

Bruce R. Schrader, II on behalf of Plaintiff Anne Piero Silagy
bschrader@ralaw.com

Bruce R. Schrader, II on behalf of Trustee Anne Piero Silagy, Esq.
bschrader@ralaw.com

Anne Piero Silagy, Esq.
asilagycourt@neo.rr.com, asilagy@ecf.axosfs.com

Anne Piero Silagy, Esq. on behalf of Trustee Anne Piero Silagy, Esq.
asilagycourt@neo.rr.com, asilagy@ecf.axosfs.com

**And by U.S. Mail, postage prepaid, on debtors and :**

Canton School Employees Federal Credit Union
1380 Market Avenue N
Canton, OH 44714

PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541

                                        /s/ Pauline Aydin Shuler
                                        Pauline Aydin Shuler

EXHIBIT "A"

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
CANTON, OHIO

| | |
|---|---|
| IN RE: | CASE NO. 20-60290 |
| OLIVER J. CAMPBELL, JR.<br>DESHAWNA R. CAMPBELL, | CHAPTER 7 |
| Debtors. | BANKRUPTCY JUDGE<br>RUSS KENDIG |
| | ADV. PROC. NO. 20-6026 |
| ANNE PIERO SILAGY, TRUSTEE | |
| Plaintiff, | |
| v. | **SATISFACTION OF JUDGMENT** |
| DESHAWNA R. CAMPBELL, | |
| Defendant. | |

Anne Piero Silagy, Chapter 7 Trustee, by and through counsel, hereby notifies the Court and other parties in interest of the satisfaction of the judgment entered herein on October 15, 2020.

Respectfully submitted,

/s/ Bruce R. Schrader, II
Bruce R. Schrader, II (0039418)
Roetzel & Andress
222 South Main Street
Akron, OH 44308
Telephone: 330.376.2700
E-mail: bschrader@ralaw.com
*Attorney for Anne Piero Silagy, Chapter 7 Trustee*

# CERTIFICATE OF SERVICE

      This is to certify that the foregoing was electronically transmitted on May 6, 2022 via the Court's CM/ECF system to the following who are listed on the Court's Electronic Mail Notice List:

- Bruce R. Schrader     bschrader@ralaw.com
- United States Trustee     (Registered address)@usdoj.gov

      The following parties were served with the foregoing on May 6, 2022, via regular U.S. Mail service:

| | |
|---|---|
| Deshawna R. Campbell<br>446 Hamilton Avenue, NE<br>Canton, OH 44704 | Pauline R. Aydin Shuler, Esq.<br>1603 Market Avenue N.<br>Canton, OH 44714 |

                                    /s/ Bruce R. Schrader, II
                                    Bruce R. Schrader, II

18251705_1 079884.1647

2

20-06026-rk   Doc 10   FILED 05/06/22   ENTERED 05/06/22 09:11:02   Page 2 of 2
20-60290-maw   Doc 49   FILED 05/12/22   ENTERED 05/12/22 11:30:50   Page 4 of 4